IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| MELVIN ANDERSON § | |
| VS. § | CIVIL ACTION NO.  1:21-cv-328 |
| WARDEN, USP BEAUMONT § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner Melvin Anderson, a federal prisoner confined at the United States Penitentiary in Beaumont, Texas, proceeding *pro se*, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends granting Petitioner's Motion to Dismiss (Doc. #7) and dismissing the petition without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (Doc. #9) is **ADOPTED**.

Petitioner's Motion to Dismiss (Doc. #7) is **GRANTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

    **SIGNED** this the 20 day of **October, 2021.**

_____
Thad Heartfield
United States District Judge